CENTER FOR DISABILITY ACCESS
Ray Ballister Jr., Esq., SBN 111282
Isabel Masanque, Esq., SBN 292673
Phyl Grace, Esq., SBN 171771
Dennis Price, Esq., SBN 279082
Christopher A. Seabock, Esq., SBN 279640
8033 Linda Vista Road, Suite 200
San Diego, CA 92111
(858) 375-7385; (888) 422-5191 fax
phylg@potterhandy.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Samuel Love**,<br><br>   Plaintiff,<br><br>   v.<br><br>**Walter W. Carnwright,** Trustee of the Carnwright Family Trust;<br>**Marilyn K. Carnwright,** Trustee of the Carnwright Family Trust;<br>**Carnwright Legacy, LLC,** a California Limited Liability Company; and Does 1-10,<br><br>   Defendants. | Case No.: 5:18-cv-00190-RSWL-SP<br><br>**PLAINTIFF'S PRETRIAL DISCLOSURES**<br><br>Final Pretrial Conference: November 25, 2019<br>Time: 11:00 a.m.<br><br>Complaint Filed: March 22, 2018<br>Trial Date: December 17, 2019<br><br>Honorable Judge Ronald S. W. Lew |

   Pursuant to FRCP 26(a)(3) and Local Rules 16-2.3 and 16-2.4, the plaintiff hereby submits his Pretrial Disclosures. Plaintiff reserves the right to revise, withdraw, amend or modify and/or supplement these disclosures should new information become available.

1

1. **WITNESSES PLAINTIFF EXPECTS TO PRESENT**

   Samuel Love – Through Plaintiff's Counsel

   Evens Louis – Through Plaintiff's Counsel

   Corey Taylor – Through Plaintiff's Counsel

2. **WITNESSES PLAINTIFF EXPECTS TO PRESENT BY DEPOSITION**

   None at this time.

3  **EXHIBITS PLAINTIFF EXPECTS TO OFFER**

   - Plaintiff's Complaint;
   - Defendants' Answer;
   - Photographs of the Smog Center, taken by Evens Louis on January 22, 2018;
   - Photographs of the Smog Center, taken by Corey Taylor on June 11, 2019;
   - Copy of Final Seller's Statement, dated July 17, 2018, provided by Defendants;
   - Copy of Entity Detail of Carnwright Legacy LLC, provided by Defendants;
   - Plaintiff's Requests for Admissions, Set One, propounded on Defendants on January 21, 2019, and associated Responses;
   - Plaintiff's Requests for Production, Set One, propounded on Defendants on January 21, 2019, and associated Responses and Supplemental Responses;
   - Plaintiff's Interrogatories, Set One, propounded on Defendants on January 21, 2019, and associated Responses and Supplemental Responses;

| | |
|---|---|
| 1 | Plaintiff reserves the right to revise, withdraw and/or to supplement these Pretrial |
| 2 | Disclosures as necessary and produce additional witness and exhibits who may be relevant to |
| 3 | this case as they become known during the course of this litigation and as permitted by |
| 4 | Fed.R.Civ.P. 26(e). |

Dated: November 15, 2019          CENTER FOR DISABILITY ACCESS

                                  By: /s/ Christopher A. Seabock
                                  CHRISTOPHER A. SEABOCK
                                  Attorneys for Plaintiff