CENTER FOR DISABILITY ACCESS
Ray Ballister, Jr., Esq., SBN 111282
Phyl Grace, Esq., SBN 171771
Dennis Price, Esq., SBN 279082
Isabel Rose Masanque, Esq., SBN 292673
8033 Linda Vista Road
Suite 200, San Diego, CA 92111
(858) 375-7385; (888) 422-5191 fax
IsabelM@potterhandy.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Samuel Love**,<br><br>   Plaintiff,<br><br>   v.<br><br>**Walter W. Carnwright,** Trustee of the Carnwright Family Trust;<br>**Marilyn K. Carnwright,** Trustee of the Carnwright Family Trust;<br>**Carnwright Legacy, LLC,** a California Limited Liability Company;<br><br>   Defendants. | **Case:** 5:18-CV-00190-RSWL-SP<br><br>**Declaration of Isabel Rose Masanque in Response to Request for Supplemental Documentation re Ownership [Dkt. No. 51]** |

1. I, the undersigned, am one of the attorneys for Plaintiff, Samuel Love, and in that capacity have familiarity with this case. I can competently testify to the following based on my own knowledge and experience.

2. On November 19, 2019, I ran a Business Search on the California Secretary of State's website for Carnwright Legacy, LLC.

3. The results show a Registration Date of January 28, 2015 and an

1

Entity Address of 14838 Corta Drive, Victorville, California, which matches the address of the Smog Center at issue.

4. Attached as Exhibit 1 is a true and correct copy of the Entity Detail results of the Business Search for Carnwright Legacy LLC.

5. The Statement of Information document found on the website lists the business address as 14838 Corta Drive, Victorville, California. The "Type of Business" is listed as "Vehicle Emission Testing Services."

6. Attached as Exhibit 2 is a true and correct copy of the Statement of Information.

7. The Certificate of Cancellation of the LLC found on the website was filed on July 30, 2018, approximately seven months after the date of Mr. Love's visit in December 2017.

8. Attached as Exhibit 3 is a true and correct copy of the Certificate of Cancellation.

9. On November 19, 2019, I ran a search for fictitious business names associated with Carnwright Legacy LLC through the County of San Bernardino's website.

10. Attached as Exhibit 4 is a true and correct copy of the search result which demonstrate that the fictitious business name "SMOG CENTER" was registered to Carnwright Legacy LLC on October 30, 2015.

11. In Defendants' discovery responses dated February 25, 2019 (Dkt. No. 31-8), Defendants admit being the current owners of the property located at 14838 Corta Drive, Victorville, California.

12. However, a public records search indicates that the property was sold after this lawsuit was filed.

13. Attached as Exhibit 5 is a true and correct copy of a Grant Deed

for the real property located at 14838 Corta Drive, Victorville, California.

14. The Grant Deed reflects a sale of the property by Defendants Marilyn K. Carnwright and Walter W. Carnwright to Caliber Carwash Group, Inc. on July 5, 2018.

15. Although it appears the business and property were sold after the lawsuit was filed, there is no dispute that Defendants and owned and operated the business and property on the date of Mr. Love's visit in December 2017 and are therefore liable for the statutory penalty under the Unruh Civil Rights Act.

16. I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct.

Dated: November 21, 2019     CENTER FOR DISABILITY ACCESS

By: */s/ Isabel Rose Masanque*
Isabel Rose Masanque
Attorneys for Plaintiff