**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SAMUEL LOVE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>WALTER W. CARNWRIGHT,<br>Trustee of the Carnwright<br>Family Trust; MARILYN K.<br>CARNWRIGHT, Trustee of the<br>Carnwright Family Trust;<br>CARNWRIGHT LEGACY, LLC, a<br>California Limited<br>Liability Company; and DOES<br>1-10,<br><br>　　　　Defendants. | CV 18-00190-RSWL-SP<br><br>**JUDGMENT** |

**WHEREAS,** on November 26, 2019, this Court **GRANTED** Defendant Walter W. Carnwright, Trustee of the Carnwright Family Trust, Defendant Marilyn K. Carnwright, Trustee of the Carnwright Family Trust (, and Defendant Carnwright Legacy, LLC's ("Carnwright Legacy"), (collectively, "Defendants") Motion for Summary Judgment as to the ADA claim[32] against

1

Plaintiff Samuel Love,

**IT IS HEREBY ORDERED, ADJUDGED, and DECREED** that judgment is entered in favor of Defendants as to the ADA claim, in accordance with this Court's previous Order granting Defendants' Motion for Summary Judgment. As the Unruh Act claim has been dismissed and no defendants remain, the clerk shall close this matter.

**IT IS SO ORDERED.**

DATED: November 26, 2019        /s/ Ronald S.W. Lew

                                         **HONORABLE RONALD S.W. LEW**
                                         Senior U.S. District Judge